# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2023

## NO. 03-21-00627-CR

**Xavier Gutierrez, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
### AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.